# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                  No. 2:20-cr-00159-JM-01

JAMES EARL SMITH                                                            DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant James Earl Smith. Good cause having been shown, the motion is GRANTED. (Doc. No. 17). The Indictment as to James Earl Smith is hereby dismissed without prejudice.

IT IS SO ORDERED this 25th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE